Affirmed and Opinion filed June 10, 2004









Affirmed and Opinion filed June 10, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01274-CR

____________

 

CHARLES LEE MERCER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 232nd District Court

Harris
County, Texas

Trial
Court Cause No. 954,969

 



 

M E M O R A N D U M  O
P I N I O N

After a jury trial, appellant was convicted of the offense of
delivery of a controlled substance, and sentenced on November 12, 2003, to 18
months= incarceration in the State Jail
Division of the Texas Department of Criminal Justice..








Appellant was represented by appointed counsel, Marc
Carter.  On April 8, 2004, this court
ordered a hearing to determine why appellant had not filed a brief in this
appeal.  On May 7, 2004, the trial court
conducted the hearing.  The record of the
hearing was filed in this court on May 24, 2004.  At the time of this hearing, appellant was no
longer represented by counsel. 
Accordingly, the trial court appointed new counsel, Kim Parks.  On May 10, 2004, another hearing was held.  At this hearing, appellant stated on the
record that he did not wish to pursue his appeal.  Based on this statement, the trial court found
that appellant wishes to withdraw his notice of appeal.

On the basis of this finding, this court has considered the
appeal without briefs.   See Tex. R.
App. P. 38.8(b).

We find no fundamental error.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered
and Opinion filed June 10, 2003.

Panel consists of
Justices Fowler, Edelman, and Seymore.

Do not publish - Tex. R.
App. P. 47.2(b).